AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Vishal Shah, et al.,
*Plaintiff*
v.   Case No. 1:25-mc-01614-DAE
Capital One Financial Corporation,
*Defendant*

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Capital One Financial Corporation.

Date: 10/07/2025

/s/ Eamon Dowd
*Attorney's signature*

Eamon Dowd, 1725122 (W.D. Tex./DC Bar Number)
*Printed name and bar number*
Covington & Burling LLP
One City Center
850 Tenth Street, NW
Washington DC, 20001-4956

*Address*

edowd@cov.com
*E-mail address*

(202) 662-5852
*Telephone number*

*FAX number*