IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VISHAL SHAH, GARY INGRAHAM, and DEIA WILLIAMS, individually, and on behalf of all others similarly situated, <br><br>      *Plaintiffs* <br><br> v. <br><br> CAPITAL ONE FINANCIAL CORPORATION, d/b/a CAPITAL ONE, d/b/a CAPITAL ONE, NATIONAL ASSOCIATION, d/b/a CAPITAL ONE, N.A., d/b/a CAPITAL ONE SHOPPING, <br><br>      *Defendant* | § § § § § § § § § § § § § § § § § | No. 1:25-mc-01614-DAE <br> Honorable Magistrate Judge Mark Lane <br><br> *Issuing Court*: <br> UNITED STATES DISTRICT COURT <br> NORTHERN DISTRICT OF CALIFORNIA <br> No. 3:24-cv-05985 |

**DECLARATION OF BRITTANY RESCH IN SUPPORT OF
PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION TO
QUASH SUBPOENA ISSUED TO M. JASON BALLARD**

I, Brittany Resch, offer this declaration in my capacity as one of the attorneys for Plaintiffs Vishal Shah, Gary Ingraham, and Deia Williams ("Plaintiffs") in *Shah v. Capital One Financial Corp.*, Case No. 3:24-cv-05985-TLT (N.D. Cal.). I have personal knowledge of the facts recited in this Declaration, and if called upon to testify to the truth of the statements below, I could and would do so:

1. I am attorney in good standing, duly licensed and admitted to the state bar of Minnesota. I am admitted to practice in this Court. I am a partner of Strauss Borrelli, PLLC.

2. A true and accurate copy of email correspondence between me and counsel for Defendant is attached hereto as **Exhibit A**.

1

I declare under penalty of perjury that the foregoing is true and correct.

Sworn and executed on October 21, 2025 in Hennepin County, State of Minnesota.

    Respectfully submitted,

    /s/ Brittany Resch
    Brittany Resch
    **STRAUSS BORRELLI PLLC**
    980 N. Michigan Avenue, Suite 1610
    Chicago, Illinois 60611
    Telephone: (872) 263-1100
    Facsimile: (872) 263-1109
    bresch@straussborrelli.com

**CERTIFICATE OF SERVICE**

I, Brittany Resch, hereby certify that on October 21, 2025, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 21st day of October, 2025.

                                            Respectfully submitted,

                                            /s/ Brittany Resch
                                            Brittany Resch
                                            **STRAUSS BORRELLI PLLC**
                                            980 N. Michigan Avenue, Suite 1610
                                            Chicago, Illinois 60611
                                            Telephone: (872) 263-1100
                                            Facsimile: (872) 263-1109
                                            bresch@straussborrelli.com