— **EXHIBIT A** —

| | |
|---|---|
| **From:** | Brittany Resch |
| **To:** | Spencer, Marianne; Lynn A. Toops; Nicole Waterman; lweaver@bfalaw.com; adavis@bfalaw.com; gmullens@bfalaw.com; G Stranch; Emily Schiller; Natalie Lyons; Vess Miller; Emily Herrin; Kyle Mallinak |
| **Cc:** | Sam Strauss; Raina Borrelli; Carolyn Chen; Cahoy, Kathryn; Verdin, Matthew |
| **Subject:** | RE: Shah v. Capital One (No. 3:24-cv-05985 N.D. Cal.) |
| **Date:** | Friday, August 15, 2025 2:53:00 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>2025-08-14 - Capital One - Priv Log.xlsx |

Hi counsel – please see attached a privilege log and supplemental production of documents regarding Plaintiffs' pre-complaint investigation.

📁 2025-08-15 - plf production

Based on our reasonable inquiry, we believe our search and production to be complete on this topic.

Thanks,
Brittany

**From:** Brittany Resch
**Sent:** Friday, August 1, 2025 11:45 AM
**To:** Spencer, Marianne <MSpencer@cov.com>; Lynn A. Toops <ltoops@cohenmalad.com>; Nicole Waterman <nwaterman@straussborrelli.com>; lweaver@bfalaw.com; adavis@bfalaw.com; gmullens@bfalaw.com; G Stranch <gstranch@stranchlaw.com>; Emily Schiller <eschiller@stranchlaw.com>; Natalie Lyons <NLyons@cohenmalad.com>; Vess Miller <vmiller@cohenmalad.com>; Emily Herrin <eherrin@cohenmalad.com>; Kyle Mallinak <kmallinak@stranchlaw.com>
**Cc:** Sam Strauss <sam@straussborrelli.com>; Raina Borrelli <raina@straussborrelli.com>; Carolyn Chen <cchen@straussborrelli.com>; Cahoy, Kathryn <kcahoy@cov.com>; Verdin, Matthew <MVerdin@cov.com>
**Subject:** RE: Shah v. Capital One (No. 3:24-cv-05985 N.D. Cal.)

Hi counsel –

After our exchanges of letters, our meet and confer last week, and internal discussions among Plaintiffs' counsel, we are producing at the link below information supporting Plaintiffs' factual basis for the allegations in their complaint. To be clear, by producing this information as a compromise after several meet and confers, Plaintiffs are not waiving and have not waived any privilege or work product protection under Rule 26 that they have over this information. We continue to disagree with Defendant's authority for its entitlement to this information. We are also preparing a privilege log and will serve

that shortly.

The information produced at the link below includes the screenshots in the complaint and the factual basis from Plaintiffs' pre-complaint investigation created from information publicly-available on Defendant's website and incorporated into the complaint.

📁[2025-08-01 - plf production](#)

Plaintiffs will be supplementing their discovery responses to reflect the production of this information and restating their objections and reservations of rights. Plaintiffs' supplemented responses will include supplementation of all items Plaintiffs have agreed to supplement, and we are continuing to work on all of these items.

Thanks,
Brittany

**From:** Spencer, Marianne <MSpencer@cov.com>
**Sent:** Wednesday, July 30, 2025 6:54 PM
**To:** Lynn A. Toops <ltoops@cohenmalad.com>; Brittany Resch <bresch@straussborrelli.com>; Nicole Waterman <nwaterman@straussborrelli.com>; lweaver@bfalaw.com; adavis@bfalaw.com; gmullens@bfalaw.com; G Stranch <gstranch@stranchlaw.com>; Emily Schiller <eschiller@stranchlaw.com>; Natalie Lyons <NLyons@cohenmalad.com>; Vess Miller <vmiller@cohenmalad.com>; Emily Herrin <eherrin@cohenmalad.com>; Kyle Mallinak <kmallinak@stranchlaw.com>
**Cc:** Sam Strauss <sam@straussborrelli.com>; Raina Borrelli <raina@straussborrelli.com>; Carolyn Chen <cchen@straussborrelli.com>; Cahoy, Kathryn <kcahoy@cov.com>; Verdin, Matthew <MVerdin@cov.com>
**Subject:** RE: Shah v. Capital One (No. 3:24-cv-05985 N.D. Cal.)

Lynn,

We're happy to discuss timing tomorrow. We do not expect that this will be a big lift because this information was presumably compiled before the complaint was filed and just needs to be reviewed and produced. In contrast, responding to Plaintiffs' broad discovery requests required a burdensome search and review process, which included targeted collections of documents and significant custodial searches. Despite this burden, Capital One has already produced more than 22,000 pages of responsive documents and continues to work diligently to identify any additional responsive materials.