IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| VISHAL SHAH, GARY INGRAHAM, and DEIA WILLIAMS, individually, and on behalf of all others similarly situated, Plaintiffs, v. CAPITAL ONE FINANCIAL CORPORATION d/b/a CAPITAL ONE d/b/a CAPITOL ONE, NATIONAL ASSOCIATION d/b/a CAPITAL ONE, N.A. d/b/a CAPITAL ONE SHOPPING, Defendant. | § § § § § § § § § § § § § § | NO. 1:25-MC-01614-DAE<br><br>*Issuing Court:*<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>No. 3:24-CV-05985 |

## **ORDER SETTING HEARING**

Before the court is Plaintiffs' Motion to Quash Subpoena Issued to M. Jason Ballard (Dkt. 1) and all related briefing.[1] The court **SETS** this motion for hearing **on November 13, 2025 at 9:30 a.m. local time**, in Courtroom Eight on the seventh floor of the Federal Courthouse located at **501 W. 5th Street, Austin, Texas 78701.**

The court **ORDERS** the parties to meet and confer in an attempt to resolve this motion without court intervention, including addressing the propriety of transferring this motion back to the issuing court.[2] The court further **ORDERS** the parties to file a joint notice no later than November 7, 2025, at 5:00 p.m. local time, identifying the issues that have been resolved and the remaining outstanding issues.

SIGNED October 22, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] This motion was referred by United States District Judge David A. Ezra to the undersigned for resolution pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. *See* Text Order dated Oct. 7, 2025.

[2] The meet and confer must take place over telephone, videoconference, or in person. It may not occur through e-mail communication.